UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 3:06mj454 |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| AMBER MICHELLE WEIBE | ) | |
| | ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court

endorsed hereon, the United States Attorney for the Western District of North Carolina hereby

dismisses the complaint filed in this case for Unlawful Flight to Avoid Prosecution (UFAP) as to

defendant **Amber Michelle Weibe**.

Dana O. Washington
Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

3|14|07
DATE

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
AUSA Dana O. Washington
U.S. Marshal